FILED
2011 AUG -9 PM 3:08
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VICTOR A. VERTUCCI and <br> MARY K. VERTUCCI <br>     Plaintiff, <br><br> v. <br><br> PHL VARIABLE <br> LIFE INSURANCE COMPANY, <br><br>     Defendant. | § § § § § § § § § § § § | C.A. NO. A:09-CV-00908LY |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

BEFORE THE COURT is the parties' Agreed Motion to Dismiss with Prejudice. After considering the Motion, and noting the parties' agreement, the Court finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' and Defendant's Agreed Motion to Dismiss With Prejudice is GRANTED and this cause is DISMISSED WITH PREJUDICE to the re-filing of same. All costs incurred are taxed against the party incurring same.

THIS IS A FINAL JUDGMENT.

SIGNED this ___ day of August 2011

Hon. LEE YEAKEL
United States District Judge